UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE ARITA (#422864)

VERSUS

SGT. LEONARD HOLLINS, ET AL.

CIVIL ACTION

NO. 11-850-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 18, 2012 (doc. no. 15). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Summary Judgment filed on behalf of Leonard Hollins is GRANTED and the claims against him are DISMISSED for failure to exhaust available administrative remedies, and with prejudice to refiling the complaint in forma pauperis.

Baton Rouge, Louisiana, this 14th day of June, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA