UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE ARITA (#422864)

VERSUS

SGT. LEONARD HOLLINS, ET AL.

CIVIL ACTION

NO. 11-850-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 24, 2011 (doc. no. 26) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendants Maj. Butler, EMT Mike and Sgt. Stroud are DISMISSED for failure to timely serve these defendants pursuant to Rule 4(m), Fed.R.Civ.P. and this action is DISMISSED.

Baton Rouge, Louisiana, this 6th day of September, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA